# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**ANTONIO MARTIN**                                                     **PLAINTIFF**

**VS.**                                            **CIVIL ACTON NO. 3:07-CV-00384-HTW-LRA**

**WAL-MART STORES, INC.**                                        **DEFENDANT**

## JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause having come on for hearing on application of Defendant Wal Mart Stores, Inc., incorrectly designated as the proper party, the proper party being Wal-Mart Stores East, LP, and Wal-Mart Stores East, LP, for entry of an Order dismissing the claims asserted against it with prejudice, and the Court, being fully advised in the premises, and considering the fact that the Plaintiff himself filed a Notice of Voluntary Dismissal in this case, which was entered by the Court on or about December 17, 2007 [Document #16 on docket], finds that the same is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that all of the Plaintiff's claims in this case against Wal-Mart Stores, Inc., or Wal-Mart Stores East, LP, are hereby dismissed with prejudice in their entirety, with each party to bear her and its own costs.

**SO ORDERED AND ADJUDGED**, this the 27th day of December, 2007.

                                             s/ HENRY T. WINGATE
                                             CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

  s/ Bridget H. Robinson
THOMAS M. LOUIS (MSB # 8484)
BRIDGET H. ROBINSON(MSB #9365)
**Attorneys for Wal-Mart Stores, Inc., and Wal-Mart Stores East, LP**